Case 15-00123   Doc 10   Filed 05/26/15   Entered 05/27/15 10:31:21   Desc Main
Document   Page 1 of 3

15-00123:7.3:Motion for Default Judgment:Findings of Fact and Conclusions of Law Entered: 5/20/2015 4:50:50 PM by:Orlando Velazquez Page 1 of 3

| | | |
|---|---|---|
| Ismael Guerrero | ) | Case No. 14-31038 |
| Alicia Guerrero | ) | |
|       Debtor(s) | ) | Judge Jack B Schmetterer |
| | ) | |
| | ) | ADVERSARY |
| | ) | |
| Ismael Guerrero, | ) | |
| Alicia Guerrero | ) | |
|       Plaintiff | ) | |
| | ) | Adv. Pro. No. 15-00123 |
| v. | ) | |
| | ) | |
| The Northern Trust Company | ) | |
| Defendant | ) | |

## FINDINGS OF FACT

### A. The Parties

1. The Plaintiffs are Ismael Guerrero and Alicia Guerrero.

2. The Defendant is The Northern Trust Company.

### B. Factual Background

1. On or about August 23, 2014, Plaintiffs filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. The Plaintiffs own the real estate commonly known as 5233 S Kostner, Chicago, IL 60632.

3. That City Natl Bk/Ocwen Loan Service holds a first mortgage lien on the real property commonly known as 5233 S Kostner, Chicago, IL 60632, with a secured claim of approximately $257,732.38, pursuant to Debtors' Schedule D.

4. The Defendant holds a second mortgage lien on the real property known as 5233 S Kostner, Chicago, IL 60632 in the approximate amount of $107,480.07, pursuant to Debtors' Schedule D.

5. The Defendant also holds a third mortgage lien on the real property known as 5233 S Kostner, Chicago, IL 60632 in the approximate amount of $52,712.51, pursuant to Debtors' Schedule D.

6. That the Plaintiffs obtained a valuation of the property on April 11, 2014 indicating the value of 5233 S Kostner, Chicago, IL 60632 as $210,000.00.

7. The first mortgage lien of City Natl Bk/Ocwen Loan Service is a secured claim based on the mortgage recorded on 2/7/2006 as document number 0603841005 with the Cook County Recorder of Deeds, Illinois.

8. The second mortgage lien of the Defendant is a claim based on the mortgage recorded as document number 0729747049 with the Cook County Recorder of Deeds, Illinois on 10/24/2007.

9. The third mortgage lien of the Defendant is a claim based on the mortgage recorded as document number 0729547043 with the Cook County Recorder of Deeds, Illinois on 10/22/2007.

10. The current Chapter 13 plan provides that the Plaintiffs will make monthly payments to the Chapter 13 Trustee in the amount of $1150.00 per month.

11. Under the Plan, general unsecured creditors will be paid a dividend of ten percent (100%) of their allowed claims.

12. On March 3, 2015, Plaintiffs issued a summons and complaint pursuant to 11 U.S.C. § 506(a) and the Bankruptcy Rule 3012 to determine the validity of Defendant's lien on Plaintiff's property located at 5233 S Kostner, Chicago, IL 60632.

13. That on March 10, 2015, a copy of the summons and complaint was served in accordance with the Federal Rules of the Bankruptcy Procedure by certified U.S. mail, postage prepaid upon The Northern Trust Company, c/o Frederick H. Waddell, Chairman and CEO, 50 South LaSalle St., Chicago, IL 60603.

14. The summons indicated that a motion or answer was required within 30 days of issuance; to date, no responsive pleading has been filed.

15. No evidence has been presented to challenge the validity of the secured claim that holds priority over the second mortgage lien.

16. No evidence has been presented to challenge the appraised value of $210,000.00.

17. The first secured claim of City Natl Bk/Ocwen Loan Service in the approximate amount of $257,732.38 exhausts the value and equity in Plaintiffs' residence.

Case 15-00123 Doc 10 Filed 05/26/15 Entered 05/27/15 10:31:21 Desc Main
Document Page 3 of 3

15-00123:7.3:Motion for Default Judgment:Findings of Fact and Conclusions of Law Entered: 5/20/2015 4:50:50 PM by:Orlando Velazquez Page 3 of 3

18. There is no value and equity to support the claim of the Defendant.

## CONCLUSIONS OF LAW

### A. Jurisdiction

1. This contested matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(K). This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(b).

2. Venue is proper in this district pursuant to U.S.C. § 1409.

### B. Argument

1. This action was initiated under 11 U.S.C. § 506(a) and F.R. Bankr. P. 3012.

2. The Debtors scheduled the first secured claim of City Natl Bk/Ocwen Loan Service in the approximate amount of $257,732.38, the second secured claim of the Defendant in the approximate amount of $107,480.07 and the third secured claim of the Defendant in the approximate amount of $52,712.51.

3. City Natl Bk/Ocwen Loan Service has not filed a proof of claim secured by a first mortgage on the Plaintiffs' property at 5233 S Kostner, Chicago, IL 60632.

4. The Defendant has not filed a proof of claim secured by a mortgage either second or third in priority to the first mortgage lien.

5. That the value of Plaintiffs' property is $210,000.00.

6. As there is no value or equity to support the second priority lien of the Defendant its claim is not a claim secured at all by a security interest in the Debtors' residence, as the term is used in § 1322(b) of the Bankruptcy Code. The Chapter 13 Plan may value the collateral under F.R. Bankr. P. 3012, and determine the respective rights of secured creditors through the language used therein, contingent on confirmation thereof, completion of the Plan by the Debtors, and entry of the discharge. *In re Meyer*, 2009 B 20268, Docket Entry 69 (Bankkr.N.D.Ill. January 29, 2010).

Dated: MAY 26 2015

Enter: _____
United States Bankruptcy Judge

Orlando Velazquez
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200